**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PASQUALE LONGORDO.,

       Plaintiff,

vs.

       CASE NO. 13-11211
       HON. LAWRENCE P. ZATKOFF

CREDITORS INTERCHANGE RECEIVABLE
MANAGEMENT, LLC,

       Defendant.
_____/

**ORDER DISMISSING PLAINTIFF'S COMPLAINT**

On July 10, 2013, the Court ordered Plaintiff to show cause, no later than July 24, 2013, as to why this case should not be dismissed for failure to prosecute. The Court warned Plaintiff that failure to respond may result in the dismissal of this case.

As of the date of this Order, Plaintiff has failed to respond to the Court's show-cause Order. Thus, the Court finds that Plaintiff is in direct violation of the Court's Order and appears to no longer be prosecuting this case. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed and this case is closed.

IT IS SO ORDERED.

Date: August 9, 2013

       S/Lawrence P. Zatkoff
       LAWRENCE P. ZATKOFF
       UNITED STATES DISTRICT JUDGE